1  MICHELE BECKWITH
   Acting United States Attorney
2  SHELLEY D. WEGER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Defendant

7
   IN THE UNITED STATES DISTRICT COURT
8
   EASTERN DISTRICT OF CALIFORNIA
9

10 | JAKE ZHOU aka JIEYANG ZHOU,            | CASE NO. 2:25-CV-01186-TLN-JDP |
11 |                       Plaintiff,       | STIPULATION TO EXTEND TIME TO ALLOW THE PARTIES TO ENGAGE IN NEGOTIATIONS FOR A POTENTIAL RESOLUTION; ORDER |
12 |                v.                      |
13 | TODD M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement, |
14 |
15 |                       Defendant.       |

16

17                          **STIPULATION**

18     The parties hereby stipulate to an extension of time for Defendant to file its response to the

19 Court's Order to show cause on the issuance of a preliminary injunction. Dkt. 7 at 10. On April 24,

20 2025, the Court ordered the government to file its response to the Court's Order by May 9, 2025, and the

21 Plaintiff to file any reply by May 16, 2025. *Id.*

22             *The remainder of this page is intentionally blank.*

The parties are currently engaged in negotiations for a potential resolution of this case. The parties are pursuing a resolution in good faith but will need a brief period of additional time to determine if they can reach an agreement. Accordingly, the parties respectfully request that the Court grant an extension of time for Defendant to file its response to the Court's Order to show cause and set the due date for Defendant's response to May 13, 2025, and the due date for Plaintiff's reply to May 20, 2025.

Dated: May 9, 2025

MICHELE BECKWITH
Acting United States Attorney

By: /s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

Dated: May 9, 2025

/s/ BRAD BANIAS
BRAD BANIAS
Counsel for Plaintiff

## ORDER

IT IS SO FOUND AND ORDERED this 9th day of May, 2025.

_____
Troy L. Nunley
Chief United States District Judge